UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHNEUR KALMANSON,

        Plaintiff

   v.                                                   C-1-11-482

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 16) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case.  Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 16) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE.  Plaintiff's case is DISMISSED for want of prosecution and for failure to obey an Order of the Court.

IT IS SO ORDERED.

                                                     s/Herman J. Weber
                                          Herman J. Weber, Senior Judge
                                          United States District Court